UNITED STATES of America,
Plaintiff—Appellee,

v.

Joel Arturo RUIZ–CASTILLO,
Defendant—Appellant.

No. 05–10647.

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 11, 2006.*

Filed Sept. 14, 2006.

Mary Sue Feldmeir, Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Joel Arturo Ruiz–Castillo, Eloy, AZ, pro se.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Joel C. Parris, Esq., Federal Public Defender's Office, Tucson, AZ, for Defendant–Appellant.

Before: PREGERSON, T.G. NELSON, and GRABER, Circuit Judges.

MEMORANDUM **

Joel Arturo Ruiz–Castillo appeals from his 46–month sentence imposed following a guilty plea to conspiracy to export munitions without a license and being an illegal alien illegally in possession of firearms. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Ruiz–Castillo contends for the first time on appeal that the district court erred in not awarding him a mitigating role adjustment, pursuant to U.S.S.G. § 3B1.2. Ruiz–Castillo has failed to meet his burden of proving his entitlement to a § 3B1.2(b) adjustment. *See United States v. Cantrell,* 433 F.3d 1269, 1282 (9th Cir.2006). The district court properly considered the larger context of the conspiracy and Ruiz–Castillo's culpability relative to the involvement of the other participants. *See United ed States v. Rojas–Millan,* 234 F.3d 464, 473 (9th Cir.2000). In view of the evidence reflecting the nature and extent of Ruiz–Castillo's involvement, the district court properly determined that Ruiz–Castillo was neither a minimal nor a minor participant in the conspiracy. *See United States*

*v. Hernandez–Franco,* 189 F.3d 1151, 1160 (9th Cir.1999).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

